**Christina J. HAYES, Appellant,**

v.

**ST. LOUIS COUNTY DEPARTMENT OF JUSTICE SERVICES; Calonza Hall; Herbert Bersen; St. Louis County Department of Personnel Services; St. Louis County Civil Service Commission, Appellees.**

**No. 99–1216.**

United States Court of Appeals, Eighth Circuit.

Submitted April 6, 2001.

Decided April 9, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Christina Hayes appeals following the district court's[1] dismissal of her employment discrimination action against several county entities and employees. She challenges only the district court's failure to grant a motion to amend her complaint that she claims to have filed. There is no indication this motion was ever filed with the district court. We dismiss this appeal for frivolousness. *See* 8th Cir. R. 47A(a).

A true copy.

1. The HONORABLE CAROL E. JACKSON, United States District Judge for the Eastern District of Missouri.